| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert Edward Witham III**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–8439**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Virginia** | | |
| Case number:  **21–31838–KRH** | | |

## Discharge of Debtor                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Edward Witham III

<u>September 22, 2021</u>                              **For the court:**         William C. Redden
                                                                                 Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Robert Edward Witham, III  
    Debtor

Case No. 21-31838-KRH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: smithla      Page 1 of 2  
Date Rcvd: Sep 22, 2021      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Edward Witham, III, 2717 Tavern Way, Glen Allen, VA 23060-4466 |
| 15671605 | | Bon Secours, P.O. Box 14000, Rollins Fork, VA 22544-0000 |
| 15671607 | + | Commonwealth Capital Investmen, 2507 East Broad St., Richmond, VA 23223-7379 |
| 15671610 | + | Extra Space Storage, 5202 West Broad Street, Richmond, VA 23230-3010 |
| 15671611 | + | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 15701216 | + | Ford Motor Credit Company LLC, c/o Carl A. Eason, Esquire, 200 Bendix Road, Suite 300, Virginia Beach, VA 23452-1396 |
| 15671614 | + | NWP Services Corp., P.O. Box 19661, Irvine, CA 92623-9661 |
| 15671615 | + | Patient First, P.O. Box 758941, Baltimore, MD 21275-8941 |
| 15671616 | + | Primary Health Group Henrico, PO Box 740776, Cincinnati, OH 45274-0776 |
| 15671618 | + | Richmond Gas Works, 730 E Broad St, Richmond, VA 23219-1850 |
| 15671619 | + | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15671620 | + | Tamara Witham, 1607 Hickory Street, Apt. 3, Richmond, VA 23222-5314 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJJWEST | Sep 23 2021 03:33:00 | Jennifer J. West, 341 Dial 866-628-8242 Code: 5053845, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 15671604 | + | EDI: CINGMIDLAND.COM | Sep 23 2021 03:33:00 | At&T Mobility, P.O. Box 536216, Atlanta, GA 30353-6216 |
| 15671606 | + | Email/Text: compliance@contractcallers.com | Sep 22 2021 23:35:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 15671608 | | Email/Text: DEbankruptcy@domenergy.com | Sep 22 2021 23:35:00 | Dominion Power, P. O. Box 26543, Richmond, VA 23290-0000 |
| 15671609 | | EDI: DVTM.COM | Sep 23 2021 03:33:00 | DT Credit Corp., P.O. Box 29018, Phoenix, AZ 85038-0000 |
| 15671612 | + | EDI: FORD.COM | Sep 23 2021 03:33:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15671613 | | Email/Text: bankruptcy@nationalcreditsystems.com | Sep 22 2021 23:35:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131-0000 |
| 15671617 | | Email/Text: joey@rmscollect.com | Sep 22 2021 23:35:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15671621 | + | EDI: VERIZONCOMB.COM | Sep 23 2021 03:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 21-31838-KRH    Doc 23    Filed 09/24/21    Entered 09/25/21 00:17:54    Desc Imaged
                              Certificate of Notice    Page 4 of 4

| District/off: 0422-7 | User: smithla | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 318 | Total Noticed: 21 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| aty | *+ | Jennifer J. West, 341 Dial 866-628-8242 Code: 5053845, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl A. Eason | on behalf of Creditor Ford Motor Credit Company LLC bankruptcy@wolriv.com |
| James E. Kane | on behalf of Debtor Robert Edward Witham III jkane@kaneandpapa.com, info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com |
| Jennifer J. West | jjw_trustee@spottsfain.com jjwest@ecf.axosfs.com |
| Jennifer J. West | on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com jjwest@ecf.axosfs.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 5